# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| TODD M. STRUTHERS and SANDRA K STRUTHERS,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    DEFENDANT. | Case No: 4:13-cv-00189<br><br>JOINT STIPULATION TO DISMISS WITH PREJUDICE |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Todd M. Struthers and Sandra K. Struthers and Defendant Ocwen Loan Servicing, LLC, through their respective attorneys, hereby stipulate and agree that the above-captioned matter is dismissed in its entirety, with prejudice, each party bearing its own attorney fees and costs.

Dated: April 15, 2014

Respectfully submitted,

/s/ L. Ashley Zubal
L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
(515) 276-7211
(515) 276-6280
Ashley@markslawdm.com
Attorney for Plaintiff

Dated: April 15, 2014

Respectfully submitted,

/s/ Robert J. Campbell
Robert J. Campbell
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Fax: (205) 521-8800
rjcampbell@babc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of JOINT STIPULATION TO DISMISS WITH PREJUDICE was filed electronically with the Clerk of Court through the CM/ECF Filing System, and as a result, it is the undersigned counsel's understanding that an electronic copy was also emailed by the Clerk of Court to the attorney for Plaintiff listed below.

                                      /s/ L. Ashley Zubal
                                      L. Ashley Zubal

Robert J. Campbell
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
rjcampbell@babc.com

Attorney for Defendant